```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                :

SADE SYEEDA STEELEY,          :
                                :

                        Plaintiff,  :                 1:24-cv-09131-GHW
                                :

            -against-      :                 ORDER
                                :

NATIONAL RAILROAD PASSENGER  :
CORP., *doing business as* AMTRAK, *et. al.*,  :
                                :

                   Defendants.  :

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       This action was removed from the Supreme Court of the State of New York, County of New York, on November 27, 2024. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 11, 2024. Additionally, counsel for Plaintiff and counsel for Defendant Midyeamin Arafat are both directed to promptly file a notice of appearance in this case.

       Counsel for Defendants National Railroad Passenger Corp. and Jon Mischlich is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

       SO ORDERED.

Dated: December 3, 2024
      New York, New York             _____
                                GREGORY H. WOODS
                            United States District Judge