```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                               :

SADE SYEEDA STEELEY,                       :

                                                      :                 1:24-cv-09131-GHW

                            Plaintiff,   :

                                                        :                      <u>ORDER</u>

              -against-                  :

                                                        :

NATIONAL RAILROAD PASSENGER CORP., :
*doing business as* AMTRAK, *et. al.*,         :

                                                        :

                            Defendants.  :

                                                      :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated December 3, 2024, Dkt. No. 4, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 30, 2024.  The Court has not received the joint status letter or proposed case management plan.  The parties are directed to comply with the Court's December 3, 2024 order forthwith and in any event no later than January 3, 2025.

       SO ORDERED.

Dated: January 2, 2025
New York, New York

                                                   _____
                                                       GREGORY H. WOODS
                                                   United States District Judge